■ JENNIFER KENNEDY, Respondent, v. ROBERT J. REMACK, Appellant.— In an action to recover damages for personal injuries and medical expenses based upon the alleged negligence of the defendant in the operation of his motor vehicle, the defendant appeals from a judgment of the City Court of Yonkers, entered October 13, 1960 upon the verdict of the jury in favor of plaintiff, after trial. Judgment reversed on the law and the facts, and new trial granted, with costs to abide the event. Under all the circumstances, we believe the trial court's answers to the several specific questions put by the jury foreman were inadequate and rendered the charge as a whole confusing to the jury. In the interests of justice there should be a new trial. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ MARIE J. LEDERMAN, Respondent, v. THEODORE LEDERMAN, Appellant. — In an action by a wife for a judicial separation, the defendant husband appeals, as limited by his brief, from so much of an order of the Supreme Court, Kings County, dated December 15, 1961, as granted plaintiff's motion for temporary alimony and counsel fees to the extent of directing payment of alimony of $75 a week and payment of a counsel fee of $750. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.